NELSON v. HAYES

No. 495P96

Case below: 124 N.C.App. 458

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

PERRITT v. ST. PIERRE

No. 460PA96

Case below: 124 N.C.App. 228

Petition by defendant (The City of Greensboro) for discretionary review pursuant to G.S. 7A-31 allowed 10 April 1997 for the purpose of remanding to the North Carolina Court of Appeals for reconsideration in light of this Court's decision in Lyles v. City of Charlotte, 344 N.C.App. 676.

RIGGS v. RIGGS

No. 14P97

Case below: 124 N.C.App. 647

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

ROBERTS v. FIRST CITIZENS BANK AND TRUST CO.

No. 3PA97

Case below: 124 N.C.App. 713

Motion by defendant to withdraw petition for discretionary review is treated as a motion to withdraw the appeal and is allowed 24 March 1997.

SALAS v. McGEE

No. 111P97

Case below: 125 N.C.App. 255

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 10 April 1997.